JS-6

# IN THE UNITED STATES DISTRICT COURT FOR

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN SHAHAN, an individual, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ACCELERATED FINANCIAL SOLUTIONS, LLC, a Virginia limited liability company, DYNAMIC RECOVERY SOLUTIONS, LLC, a South Carolina limited liability company, and DOES 1 to 100, inclusive<br><br>Defendants. | No. 8:14-cv-01577-DOC (JCGx)<br><br>District Judge David O. Carter<br><br>Magistrate Judge Jay C. Gandhi<br><br>**JUDGMENT [26]** |

On December 30, 2014, Plaintiff John Shahan ("Shahan") filed with the Court an offer made by Defendants Accelerated Financial Solutions, LLC ("AFS") and Dynamic Recovery Solutions, LLC ("DRS") under Rule 68, and Shahan's timely acceptance of that offer. (*See* ECF No. 26.)

**IT IS HEREBY ORDERED AND ADJUDGED:** Pursuant to Rule 68, the Court enters a judgment against Defendants and in favor of Plaintiff on the terms specified in the Rule 68 offer which Shahan filed with the Court pursuant to Rule 68. (Ex. 1 to ECF No. 26.)

Dated: January 20, 2015        By: _David O. Carter_____
                                                    The Honorable Judge David O. Carter
                                                    United States District Court for the
                                                    Central District of California